■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMERICO MONGIELLO, Appellant.—Judgment, Supreme Court, New York County, rendered on September 19, 1979, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Birns, Fein, Markewich and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE GONDOLFO, Appellant.—Judgment of resentence, Supreme Court, New York County, rendered on November 16, 1979, unanimously affirmed. Appellant's appeal from the judgment of said court, rendered February 7, 1979, unanimously dismissed, since by reason of resentence that judgment was vacated and the judgment rendered November 16, 1979 substituted therefor, and it is only from the latter judgment that an appeal lies. No opinion. Concur—Fein, J. P., Sandler, Ross, Yesawich and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL TOLEDO, Appellant.—Judgment, Supreme Court, Bronx County, rendered on July 27, 1977, unanimously affirmed. The appeal from the order of said court, entered on January 24, 1980, is unanimously dismissed as withdrawn, on the basis of papers being considered in a supplemental memorandum. No opinion. Concur—Fein, J. P., Sandler, Ross, Yesawich and Carro, JJ.

■ JOSEPH MANDEL, Appellant, v LEONARD PITKOWSKY et al., Respondents.—Order, Appellate Term, First Department, entered on December 20, 1979, unanimously affirmed, without costs and without disbursements, for the reasons stated at Appellate Term. Concur—Fein, J. P., Sandler, Sullivan, Ross and Carro, JJ. [102 Misc 2d 478.]

■ In the Matter of QUINTIN SUMNER, Also Known as JOSE ROSARIO et al., Petitioners, v JUSTICE BERMAN, Respondent.—Application unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Bloom, JJ.